# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2021

Lyle W. Cayce
Clerk

No. 19-10572

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KINTE L. JOHNSON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-125-1

Before DAVIS, SMITH, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

The October 8, 2019, opinion filed in this case is WITHDRAWN, and the following is substituted in its place. IT IS ORDERED that the appeal is DISMISSED AS MOOT.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.